UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE**<br>**FRANCIS BUZDEREWICZ and**<br>**PATRICIA BUZDEREWICZ,**<br>          Debtor | **Chapter 13**<br>**Case No. 09-10285-JNF** |

AFFIDAVIT OF NON-COMPLIANCE AND REQUEST FOR
ORDER RE-CONVERTING CASE TO CHAPTER 7

Now comes Patricia A. Remer, and affirms the following to be true under pains and penalties of perjury:

1.     I am an attorney admitted to practice before this Court.  I am counsel to Carolyn A. Bankowski, Standing Chapter 13 Trustee for Eastern Massachusetts.  As such, I am fully familiar with the facts and circumstances herein alleged.

2.     On October 8, 2009, the Court entered an Order on the Trustee's Motion to Reconvert to Chapter 7 as follows:  Debtors will provide all documents and file amended schedule I within 10 days or case will be reconverted to chapter 7 upon affidavit of non-compliance.

3.     The Debtors failed to comply with the Order. The Debtors filed an amended schedule I, but have failed to produce the documents listed in the Motion to Reconvert.

WHEREFORE the Chapter 13 Trustee respectfully requests that the Court issue an Order reconverting this case back to one under Chapter 7.

| | |
|---|---|
| Dated: <u>October 30, 2009</u> | Respectfully submitted,<br>Carolyn A. Bankowski<br>Standing Chapter 13 Trustee<br>By:<u>/s/ Patricia A. Remer</u><br>Carolyn A. Bankowski, BBO#631056<br>Patricia A. Remer, BBO#639694<br>Office of the Chapter 13 Trustee<br>PO Box 8250<br>Boston, MA  02114-0033<br>(617) 723-1313<br>13trustee@ch13boston.com |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE** <br> **FRANCIS BUZDEREWICZ and** <br> **PATRICIA BUZDEREWICZ,** <br> Debtor | **Chapter 13** <br> **Case No. 09-10285-JNF** |

Certificate of Service

      The undersigned hereby certifies that a copy of the within Affidavit of Non-Compliance and Request for Order Reconverting case to Chapter 7 was served upon the Debtor and Debtor's counsel by mailing a true copy of the same via first class mail or by electronic notice, postage pre-paid, on this date at the addresses indicated below.

Date: October 30, 2009

Francis Richard Buzderewicz
38 Pine Street
Chelsea, MA 02150

Richard S. Ravosa
Town & Country Legal Assoc. LLC
1 South Avenue
Natick, MA 01760

Patricia Kathleen Buzderewicz
38 Pine Street
Chelsea, MA 02150

/s/ Patricia A. Remer