# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Francis Richard Buzderewicz and Patricia Kathleen Buzderewicz  **Case Number:** 09-10285  **Ch:** 13

**MOVANT/APPLICANT/PARTIES:**

#72 Motion by James Milkay, Tracy Milkay for Relief from Stay. (Re: State Court Action).
#92 Objection by Debtors.

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                             Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
  _#72_ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Cause exists to grant relief from the stay as the Movants must obtain a judgment against the Debtor, Francis Richard Buzderewicz, in state court in order to access the contractor victim's compensation fund and because of the nondischargeability of the underlying debt owed to Movants.  See Adversary Proceeding No. 09-1136 in which the Movants have obtained a default against Debtor, Francis Richard Buzderewicz.  The Motion is allowed.

IT IS SO NOTED:                                IT IS SO ORDERED:

                                               /s/ Joan N. Feeney

_____                           _____ Dated: 10/29/2009
Courtroom Deputy                               Joan N. Feeney, U.S. Bankruptcy Judge