UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>Francis R. Buzderewicz<br>Kathleen Buzderewicz<br><br>                    Debtors. | Case No. 09-10285-JNF<br>Chapter 13 |

OBJECTION TO AFFIDAVIT OF NON-COMPLIANCE AND REQUEST FOR ORDER RE-CONVERTING CASE TO CHAPTER 7

NOW COMES the undersigned counsel who hereby submits the Objection to the Chapter 13 Affidavit of Non-Compliance and Request Motion for Order Converting case to Chapter 7. In support of this objection, undersigned counsel respectfully represents as follows:

Said documentation was provided on October 19, 2009 and October 20, 2009 via email:

-----Original Message-----
From: towncountrylaw@aol.com
To: 13trustee@ch13boston.com
Sent: Mon, Oct 19, 2009 2:16 am
Subject: Francis Richard Buzderewicz and Patricia Kathleen Buzderewicz, 09-10285

 -----Original Message-----
From: towncountrylaw@aol.com
To: 13trustee@ch13boston.com
Sent: Tue, Oct 20, 2009 10:53 am
Subject: Fwd: Francis Buzderewicz

Said documentation was resent via email to the Trustee's preferred email for documentation.

-----Original Message-----
From: towncountrylaw@aol.com
To: taxes@ch13boston.com
Sent: Sun, Nov 1, 2009 10:28 pm
Subject: Fwd: Francis Richard Buzderewicz and Patricia Kathleen Buzderewicz , 09-10285

-----Original Message-----
From: towncountrylaw@aol.com
To: taxes@ch13boston.com
Sent: Sun, Nov 1, 2009 10:30 pm
Subject: Fwd: Francis Buzderewicz

WHEREFORE, the undersigned counsel respectfully requests this Honorable Court to

A. Deny Chapter 13 Trustee's Request to Re-Convert Case to Chapter 7.

B. Order such other and further relief as may be deemed fair, just and equitable.

>Respectfully submitted,
>The Debtors
>Francis R. & Kathleen Buzderewicz
>By their attorney,
>
>___/s/Richard S. Ravosa___
>Richard S. Ravosa, Esq.
>One South Avenue
>Natick, MA 01760
>(508) 655-3013 (tel)
>(508) 655-7035 (fax)
>BBO NO. 635846
>massachusettsbankruptcycenter@gmail.com

Dated: November 2, 2009

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Objection to the Chapter 13 Affidavit of Non-Compliance and Request Motion for Order Converting case to Chapter 7 within was served upon those parties listed below in the manner indicated.

>/s/Richard S. Ravosa

Dated: November 2, 2009

09-10285 Notice will be electronically mailed to:

Carolyn Bankowski-13
13trustee@ch13boston.com

Gary W. Cruickshank on behalf of Trustee Gary Cruickshank
gwc@cruickshank-law.com, ma09@ecfcbis.com

John Fitzgerald
USTPRegion01.BO.ECF@USDOJ.GOV

Julie Taylor Moran on behalf of Creditor Chase Home Finance, LLC
bankruptcy@orlansmoran.com, amendralla@orlansmoran.com

Richard S. Ravosa on behalf of Debtor Francis Buzderewicz
massachusettsbankruptcycenter@gmail.com

Ellen Tanowitz on behalf of Plaintiff James Milkay
ellen@tanowitzlaw.com

Herbert Weinberg on behalf of Interested Party James Milkay
hweinberg@jrhwlaw.com, bmessina@jrhwlaw.com;paper@mab.uscourts.gov

09-10285 Notice will not be electronically mailed to:

Capital Recovery II
c/o Recovery Management Systems Corp.
25 SE 2nd Ave., Suite 1120
Miami, FL 33131

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131

Ellen Rappaport Tanowitz on behalf of Plaintiff James Milkay
199 Wells Ave., Suite 201
Newton, MA 02459