IN RE **Buzderewicz, Francis Richard & Buzderewicz, Patricia Kathleen**     Case No. **09-10285**
Debtor(s)    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Debtors' 1000 sq foot (approx.) parcel of land (referenced in tax bill #00080704) located adjacent to debtors' residence with physical address of 42 Pine Street Chelsea, MA 02150. Parcel is non-buildable and also no paving is allowed per City of Boston. Presently used as a driveway and storage area.** | | J | 1,500.00 | 0.00 |
| **Debtors' Single Family Ranch-style home located at 12309 N. 128th Drive, El Mirage, AZ 85335 (debtors intend to retire soon and move to this property to permanently reside).** | | J | 95,000.00 | 0.00 |
| **Debtors' Three Story Brick & Wood Row House located at 38 Pine Street, Chelsea, MA 02150** | | J | 199,000.00 | 347,017.62 |
| | | TOTAL | 295,500.00 | |

(Report also on Summary of Schedules)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Buzderewicz, Francis Richard & Buzderewicz, Patricia Kathleen**                Case No. **09-10285**
                                    Debtor(s)                                                (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☒ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **Debtors' Single Family Ranch-style home located at 12309 N. 128th Drive, El Mirage, AZ 85335 (debtors intend to retire soon and move to this property to permanently reside).** | 11 USC § 522(d)(1)<br>11 USC § 522(d)(5) | 40,400.00<br>2,150.00 | 95,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Debors' checking account with Citizens Bank in Chelsea, MA 02150** | 11 USC § 522(d)(5) | 300.00 | 300.00 |
| **Debtors' checking account with Compass Bank located at 13735 West Bell Road Suprise, AZ 85374** | 11 USC § 522(d)(5) | 46.00 | 46.00 |
| **Debtors' checking and savings account with Bank of America in Everett, MA 02149** | 11 USC § 522(d)(5) | 450.00 | 450.00 |
| **Debtors' Savings Account with ING Direct** | 11 USC § 522(d)(5) | 27.00 | 27.00 |
| **Furnishings located at Debtor's residence.** | 11 USC § 522(d)(3) | 2,000.00 | 2,000.00 |
| **Furnishings located at Debtors' Arizona property.** | 11 USC § 522(d)(3) | 1,500.00 | 1,500.00 |
| **Books located at Debtors' residence.** | 11 USC § 522(d)(3) | 200.00 | 200.00 |
| **Clothing located at Debtors' Arizona property.** | 11 USC § 522(d)(3) | 200.00 | 200.00 |
| **Clothing located at Debtors' residence.** | 11 USC § 522(d)(3) | 500.00 | 500.00 |
| **Engagement ring and wedding band located on Debtor's person.** | 11 USC § 522(d)(4) | 250.00 | 250.00 |
| **Racoon Jacket located at Debtor's residence.** | 11 USC § 522(d)(4) | 75.00 | 75.00 |
| **Fishing equipment located at Debtors' residence.** | 11 USC § 522(d)(3) | 50.00 | 50.00 |
| **Debtor's Deferred Compensation Plan funded by the City of Chelsea, Chelsea, MA** | 11 USC § 522(d)(12) | 60,000.00 | 60,000.00 |
| **Debtor's MA Deferred Compensation Smart Plan through City of Boston, MA.** | 11 USC § 522(d)(12) | 110,559.82 | 110,559.82 |
| **2005 Harley Davidson Road King Classic Motor Cycle   Towne & Country Storage Rte.1, Saugus, MA  16,000 k** | 11 USC § 522(d)(2) | 1,400.00 | 10,000.00 |
| **Miscellaneous Business Equipment including: computer, desk, ladder, staging planks, two (2) air compressors, tools, generator, bed ladder located at Boston Hides & Furs, 110 Marginal Street, Chelsea, MA .**<br><br>**Note: Case still pending for business bankruptcy filing.** | 11 USC § 522(d)(5) | 4,000.00 | 4,000.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Buzderewicz, Francis Richard & Buzderewicz, Patricia Kathleen**       Case No. **09-10285**
   Debtor(s)                                                                     (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **20** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **November 16, 2009**      Signature: **/s/ Francis Richard Buzderewicz**
                                  **Francis Richard Buzderewicz**                     Debtor

Date: **November 16, 2009**      Signature: **/s/ Patricia Kathleen Buzderewicz**
                                  **Patricia Kathleen Buzderewicz**                   (Joint Debtor, if any)
                                                                        [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____       _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____       _____
Signature of Bankruptcy Petition Preparer                                  Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____

                                          _____
                                          (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only