UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:
Francis R. Buzderewicz
Kathleen Buzderewicz
              Debtors.

Case No. 09-10285-JNF
Chapter 13

## DEBTORS' MOTION TO AMEND SCHEDULES A AND C

NOW COME the Debtors and move this Honorable Court to allow them to amend Schedules A and C.

As reasons therefore, the Debtors state that the amended schedules A and C accurately reflects the debtors' value and ability to claim the Federal Bankruptcy Code Homestead allowance and not the Massachusetts Homestead Exemption because the debtors' real estate is located in Arizona.

WHEREFORE, the Debtors respectfully request that this motion be allowed.

Respectfully submitted,
The Debtors
Francis R. & Kathleen Buzderewicz
By their attorney,

   /s/Richard S. Ravosa
Richard S. Ravosa, Esq.
One South Avenue
Natick, MA 01760
(508) 655-3013 (tel)
(508) 655-7035 (fax)
BBO NO. 635846
massachusettsbankruptcycenter@gmail.com

Dated: November 16, 2009

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within Motion to Amend Schedules A and C was served upon those parties listed below in the manner indicated on this 16th day of November, 2009.

**09-10285 Notice will be electronically mailed to:**

Carolyn Bankowski-13
13trustee@ch13boston.com

Gary W. Cruickshank on behalf of Trustee Gary Cruickshank
gwc@cruickshank-law.com, ma09@ecfcbis.com

John Fitzgerald
USTPRegion01.BO.ECF@USDOJ.GOV

Julie Taylor Moran on behalf of Creditor Chase Home Finance, LLC
bankruptcy@orlansmoran.com, amendralla@orlansmoran.com

Richard S. Ravosa on behalf of Debtor Francis Buzderewicz
massachusettsbankruptcycenter@gmail.com

Ellen Tanowitz on behalf of Plaintiff James Milkay
ellen@tanowitzlaw.com

Herbert Weinberg on behalf of Interested Party James Milkay
hweinberg@jrhwlaw.com, bmessina@jrhwlaw.com;paper@mab.uscourts.gov

**09-10285 Notice will not be electronically mailed to:**

Capital Recovery II
c/o Recovery Management Systems Corp.
25 SE 2nd Ave., Suite 1120
Miami, FL 33131

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131

Ellen Rappaport Tanowitz on behalf of Plaintiff James Milkay
199 Wells Ave., Suite 201
Newton, MA 02459

/s/Richard S. Ravosa
Richard S. Ravosa