UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br><br>FRANCIS R. BUZDEREWICZ<br>and PATRICIA K. BUZDEREWICZ<br>    DEBTORS | CHAPTER 13<br>CASE NO. 09-10285-JNF |

**OBJECTION TO DEBTORS' MOTION TO AMEND SCHEDULES A AND C**

James and Tracy Milkay (the "Movants") object to the Debtors' Motion to Amend Schedules A and C. In support, the Movants represent as follows:

1.  The Debtors seek to claim the full amount of the Federal Homestead Exemption in his second home located in the state of Arizona.

2.  The Movants' assert this was not the Debtors' home at the time they filed their bankruptcy petition as, among other things, they resided most of the time in the state of Massachusetts and their tax returns and driver's licenses were from the state of Massachusetts.

3.  The claim of exemption needs to be corrected as the Debtors are seeking to claim the full homestead exemption in regard to the Arizona property, plus the pour over exemption for four bank accounts and $4,000 worth of business equipment.

4.  Approximately $4,900 needs to be deducted from whatever equity they seek to exempt from the Arizona property. The Debtor claims the Arizona property is worth $95,000. The Movants have checked with Zillow, an on-line computer appraisal service, which states the Arizona property is worth $126,500. In addition, Zillow appears to indicate that the Debtors purchased the Arizona property in 2002 for $160,220, which makes the $126,500 valuation appear, if anything, to be low.

WHEREFORE, James and Tracy Milkay respectfully request that the court enter an Order:

1.  denying the Debtors' Motion to Amend Schedule A and C;

    2.    the Debtors should not be allowed to amend their Schedules A and C unless they provide for the Arizona property to be worth at least $126,500, or provide proof that it is worth less; and

    3.    for such other relief as this Court deems just and proper.

                      Respectfully submitted,

                      /s/ Herbert Weinberg
                      Herbert Weinberg (BBO #550415)
                      Rosenberg & Weinberg
                      805 Turnpike Street
                      North Andover, MA 01845
                      (978) 683-2479
                      hweinberg@jrhwlaw.com

November 17, 2009

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:

FRANCIS R. BUZDEREWICZ
and PATRICIA K. BUZDEREWICZ
    DEBTORS

CHAPTER 13
CASE NO. 09-10285-JNF

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Objection to Debtors' Motion to Amend Schedules A and C was this day sent by mailing, first class mail, postage prepaid to the following;

Capital Recovery II
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL  33131

Richard S. Ravosa, Esq.
Town & Country Legal Services
1 South Avenue, Ste. 1
Natick, MA  01760

Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL  33131

and the following through the Court's ECF system:

Carolyn Bankowski, Chapter 13 Trustee
Gary W. Cruickshank, Esq. on behalf of Gary Cruickshank Trustee
John Fitzgerald, U.S. Trustee
Julie Taylor Moran on behalf of Chase Home Finance, LLC
Ellen Rapport Tanowitz on behalf of James Milkay
Richard S. Ravosa, Esq.

Signed under the penalties of perjury this 17th day of November 2009.

/s/ Herbert Weinberg
Herbert Weinberg (BBO #550415)
Rosenberg & Weinberg
805 Turnpike Street
North Andover, MA 01845
(978) 683-2479
hweinberg@jrhwlaw.com